FILED'09 AUG 13 09:51 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WAYNE THOMAS HOUFF,

    Petitioner,

    Civ. No. 06-1328-CL

v.

SHARON BLACKLETTER,        **ORDER**

    Respondent.

**PANNER, District Judge:**

  Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has filed objections, and I have reviewed the file of this case de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

  I find no error in the Report and Recommendation.

## CONCLUSION

  Magistrate Judge Clarke's Report and Recommendation (57) is

1 - ORDER

adopted. The petition (2) is dismissed.

IT IS SO ORDERED.

DATED this __13__ day of August, 2009.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER